IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KINLEY CONSTRUCTION COMPANY,
a Texas Corporation,

      Plaintiff,

vs.                                                  No. CIV 12-0279 JB/GBW

CONTINENTAL CASUALTY COMPANY,

      Defendant.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order on Joint Motion to Dismiss, filed July 28, 2014 (Doc. 52). That Order dismissed, upon the parties' joint request, all claims and counterclaims in this case with prejudice. See Order on Joint Motion to Dismiss at 1.

**IT IS ORDERED** that, having dismissed all claims and parties, the Court enters final judgment.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

*Counsel:*

Paul D. Gibson
Donald H. Knecht, Jr.
Lafayette, Louisiana

--and--

Dave H. Thomas, III
Dave Thomas & Associates, PC
Albuquerque, New Mexico

--and--

- 2 -

Thomas G. Gruenert
Gibson ~ Gruenert, PLLC
Pearland, Texas

--and--

Cynthia A. Holub
Peter Hedges LLP
Houston, Texas

--and--

David J. Drez, III
David G. Gamble
Seema Tendolkar
Wick Phillips Gould & Martin LLP
Fort Worth, Texas

*Attorneys for the Plaintiff*

Patrick D. Allen
Matthew A. Pullen
Yenson, Allen & Wosick, PC
Albuquerque, New Mexico

--and--

Claudia F. Frey
Colliam E. Murphy
Colliau Carluccio Kenner Morrow Peterson & Parsons
Dallas, Texas

*Attorneys for the Defendant*